# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**IN THE MATTER OF PARTITIONING**
**THE PROPERTY OF SKYE DONALD**
**DAYTON THOMPSON AND ROMY**
**LYNN THOMPSON**

**SKYE DONALD DAYTON THOMPSON**                                 **PLAINTIFF**

**v.**                                   **NO.: 3:21-CV-121-DMB-JMV**

**ROMY LYNN THOMPSON**                                 **DEFENDANT**

## ORDER

This matter is before the court following an initial settlement conference held on September 20, 2021. This case is STAYED for a period of sixty (60) days from the date of this order. The deadlines for the response and reply to the pending motion to dismiss [22] will be extended until ten (10) days and seven (7) days, respectively, after the stay is lifted.

**SO ORDERED**, this, the 21st day of September, 2021.

                                                    /s/ Jane M. Virden
                                                    UNITED STATES MAGISTRATE JUDGE