**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**IN THE MATTER OF PARTITIONING THE**
**PROPERTY OF SKYE DONALD DAYTON**
**THOMPSON AND ROMY LYNN THOMPSON**

**SKYE DONALD DAYTON THOMPSON**                                        **PLAINTIFF**

**V.**                                  **CIVIL ACTION NO. 3:21cv121-DBM-JMV**

**ROMY LYNN THOMPSON**                        **DEFENDANT/THIRD PARTY PLAINTIFF**

**V.**

**SHELDON THOMPSON AND**
**MARIE-MERCED THOMPSON**                       **THIRD PARTY DEFENDANTS**

<u>**ORDER LIFTING STAY**</u>

       This matter is before the court, consistent with an order [38] entered on September 21, 2021, staying this case for a period of sixty (60) days from the date of the order. Accordingly, the stay should be lifted, and this action may proceed.

       **IT IS THEREFORE ORDERED** that the stay on the above-styled matter is hereby **LIFTED** and the deadlines for the response and reply to the pending motion to dismiss [22] will be extended until ten (10) days and seven (7) days, respectively, from the date of this order.

       **SO ORDERED**, this the 24th day of November, 2021.

                          /s/ Jane M. Virden
                          **UNITED STATES MAGISTRATE JUDGE**