IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

IN THE MATTER OF PARTITIONING
THE PROPERTY OF SKYE DONALD
DAYTON THOMPSON AND ROMY
LYNN THOMPSON

**SKYE DONALD DAYTON THOMPSON**     **PLAINTIFF**

**V.**     **NO. 3:21-CV-121-DMB-JMV**

**ROMY LYNN THOMPSON**     **DEFENDANT**

### ORDER

On December 22, 2021, Romy Lynn Thompson filed her response in opposition to the third-party defendants' motion to dismiss. Doc. #47. However, Romy failed to file a memorandum brief as required by the Local Rules.[1] *See* L.U. Civ. R. 7(b)(4) ("Counsel for respondent must … file a response and memorandum brief in support of the response."). Additionally, Romy attached two exhibits to her response but failed to include "a meaningful description" as required. *See* L.U. Civ. R. 7(b)(2).

Because of these procedural deficiencies, Romy's response [47] is **STRICKEN**. Within fourteen (14) days of this order, Romy may refile her response, exhibits, and accompanying memorandum[2] in accordance with the Local Rules.

**SO ORDERED**, this 7th day of January, 2022.

                                         /s/Debra M. Brown
                                         **UNITED STATES DISTRICT JUDGE**

---

[1] To the extent Romy considers the document she filed as her response to be her memorandum brief, exhibits should not have been attached to it. *See* L.U. Civ. R. 7(b)(2) ("All … exhibits … must be filed as exhibits to the motion, response or rebuttal to which they relate. The memorandum brief must be filed as a separate docket item from the motion or response and the exhibits.").

[2] The memorandum may include only those arguments contained in the original response.